

NUMBER 13-14-00389-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE STATE FARM LLOYDS, RICHARD FREYMANN, AND RONALD CASTILLO

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Memorandum Opinion[1]  Per Curiam

Relators, State Farm Lloyds, Richard Freymann, and Ronald Castillo, have filed a petition for writ of mandamus requesting that this Court direct respondent, the Honorable Rose Guerra Reyna, Presiding Judge of the 206th District Court of Hidalgo County, Texas, to withdraw her order denying relators' verified plea in abatement and to enter an order abating the suit for damages brought against relators by the real parties in interest, Rodolfo Trevino and Juanita G. Trevino, until sixty days after they provide relators with a

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

notice letter for their claim stating the specific, separate amounts for the claimed damages and attorney's fees.   *See* TEX. INS. CODE ANN. § 541.154 (West, Westlaw through 2013 3d C.S.) ("Prior Notice of Action"); *id.* § 541.155 (West, Westlaw through 2013 3d C.S.) ("Abatement"); TEX. R. APP. P. 52.1 ("Commencement" of Original Proceedings).   By order previously issued in this cause, this Court granted temporary relief and requested that the real parties in interest file a response to the petition for writ of mandamus.   *See* TEX. R. APP. P. 52.8(a),(b).   Such response has been duly filed.

The Court, having examined and fully considered the petition for writ of mandamus, the response, and the applicable law, is of the opinion that the petition for writ of mandamus should be denied for the reasons expressed in our opinion in *In re State Farm Lloyds, Richard Freymann, and Nathan Burris*, No. 13-14-00347-CV, 2014 WL _____ (Tex. App.—Corpus Christi Aug. 27, 2014, orig. proceeding) (mem. op.), *available at* http://www.search.txcourts.gov/case.aspx?cn=13-14-00348-CV.   Accordingly, the Court LIFTS the stay previously imposed by this Court and DENIES the petition for writ of mandamus.   *See* TEX. R. APP. P. 52.8(d).

PER CURIAM

Delivered and filed the
2nd day of September, 2014.

2